

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2015

No. 04-15-00247-CR

Cody Hinton **SPICER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 442082
Honorable Wayne A. Christian, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File the Brief has been GRANTED IN PART. Time is extended to October 14, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE, CLERK

cc:      Brent De La Paz                    Nicolas A. LaHood
          Attorney at Law                 District Attorney, Bexar County
          214 Dwyer                      101 W. Nueva, Suite 370
          Suite 315                     San Antonio, TX 78205
          San Antonio, TX 78204